

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00426-CV

**IN RE THE ESTATE OF DONACIANO ALDRETE, JR.**

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellant's brief was due February 18, 2020, thirty days after the reporter's record was filed. Neither the brief nor a motion for extension of time has been filed. We therefore **order** Appellant to file, **by March 11, 2021,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court